Sarah N. Westcot (State Bar No. 264916)
BURSOR & FISHER, P.A.
701 Brickell Ave., Suite 1420
Miami, FL 33131-2800
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

L. Timothy Fisher (State Bar No. 191626)
BURSOR & FISHER, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

*Attorneys for Plaintiffs*

*(additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN NELSON and REGINA PERALTA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>KENVUE, INC., MCNEIL CONSUMER HEALTHCARE, JOHNSON & JOHNSON CONSUMER, INC., CVS PHARMACY, INC., HALEON US CAPITAL LLC, GSK PLC, ALBERTSONS COMPANIES, INC., TARGET CORPORATION, WALMART INC., and PERRIGO COMPANY PLC,<br><br>Defendants. | Case No. 4:23-cv-04875-HSG<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY NAME, AMEND CAPTION, AND TO ENLARGE TIME FOR RESPONSIVE PROCEEDINGS PENDING MDL DETERMINATION**<br>Judge:     Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 – 4th Floor |

STIPULATION AND ORDER TO SUBSTITUTE PARTY NAME, AMEND CAPTION, AND TO ENLARGE TIME FOR RESPONSIVE PROCEEDINGS PENDING MDL DETERMINATION
CASE NO. 4:23-CV-04875-HSG

**WHEREAS,** Plaintiffs Jordan Nelson and Regina Peralta ("Plaintiffs") filed the above-captioned action against Defendants Kenvue, Inc., McNeil Consumer Healthcare, Johnson & Johnson Consumer, Inc., CVS Pharmacy, Inc., Haleon US Capital LLC, GSK Plc, Albertsons Companies, Inc., Target Corporation, Walmart Inc., and Perrigo Company Plc ("Defendants") on September 22, 2023 (the "Complaint"),

**WHEREAS**, Haleon US Capital LLC and GSK plc were incorrectly named as defendants in this action;

**WHEREAS**, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC ("Haleon") is the proper defendant regarding certain products alleged in the Complaint;

**WHEREAS**, Kenvue, Inc. and McNeil Consumer Healthcare were incorrectly named as defendants in this action;

**WHEREAS**, Johnson & Johnson Consumer Inc. ("JJCI") is the proper defendant regarding certain products alleged in the Complaint;

**WHEREAS**, a petition has been filed before the Judicial Panel on Multidistrict Litigation (the "JPML") to consolidate certain civil actions now pending inside and outside of this District into a single multidistrict litigation (the "MDL Petition");

**WHEREAS,** the MDL Petition has identified at least thirteen actions it seeks to consolidate in MDL No. 3089, and at least sixty additional actions are pending across the country that may also be deemed related actions (together with any other actions that are the subject of the MDL Petition, the "Related Actions");

**WHEREAS**, Plaintiffs have filed a Notice of Related Actions in the MDL proceeding identifying this action as related to those identified in the MDL Petition, *see In re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL No. 3089, ECF No. 51;

**WHEREAS,** the MDL Petition has been docketed before the JPML as *In re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL No. 3089, and responses to the MDL Petition are due on or before October 25, 2023, with a reply due on or before November 1, 2023;

1

STIPULATION AND ORDER TO SUBSTITUTE PARTY NAME, AMEND CAPTION, AND TO ENLARGE TIME FOR RESPONSIVE PROCEEDINGS PENDING MDL DETERMINATION
CASE NO. 4:23-CV-04875-HSG

**WHEREAS**, oral argument on the MDL Petition is scheduled to take place on November 30, 2023 before the JPML panel, *see In re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL No. 3089, ECF No. 166;

**WHEREAS,** this Court has the inherent power to grant a stay, especially in circumstances such as here, where doing so would promote judicial economy and avoid prejudice to the parties, *see, e.g.*, *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936); *Gutierrez v. Samsung Elecs. Am., Inc.* 2022 WL 15398352, at *1 (N.D. Cal. Oct. 27, 2022) (granting stipulation to stay pending JPML decision); *L.A.T. v. Meta Platforms, Inc.*, 2022 WL 4279709, at *1 (N.D. Cal. Sept. 15, 2022) (same); *Butler v. McKesson Corp.*, 2013 WL 4104093, at *2 (Aug. 12, 2013 N.D. Cal.) (granting motion to stay pending contested motion to transfer to MDL);

**WHEREAS,** absent relief from currently pending deadlines, the Court and the parties would face responsive pleading deadlines and, in light of the possibility that there will be an MDL consolidating the Related Actions for the purpose of pretrial proceedings, an extension of those deadlines is prudent to avoid duplication of pretrial efforts by the parties, any waste of judicial resources, and the risk of conflicting rulings;

**WHEREAS** the parties have met and conferred and agree that responsive pleading deadlines should be stayed pending resolution of the MDL Petition;

**THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE AND RESPECTFULLY REQUEST THAT**:

1. Defendants "Haleon US Capital LLC" and "GSK plc" are dismissed without prejudice and will be replaced by defendant "GlaxoSmithKline Consumer Healthcare Holdings (US) LLC" and the caption in this action shall be amended to reflect that substitution;

2. Defendants "Kenvue, Inc." and "McNeil Consumer Healthcare" are dismissed without prejudice and the caption in this action shall be amended to reflect that dismissal;

3. This Court stays any served Defendant's deadline to answer, move, or otherwise plead in response to the Complaint, or any subsequently filed amended complaint until further order of this Court or any Court to which the JPML assigns the Related Actions;

4. Because this case has been submitted to the JPML as a related case, the Court will receive notice from the JPML if an MDL is formed. If the JPML denies the motion to form an MDL, the Parties will meet and confer within 14 days of the JPML's ruling and prepare a joint status report for the Court;

5. The parties' entry into this stipulation does not constitute a waiver of any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, including personal jurisdiction, a waiver of any defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to any Defendant in this action, the Related Actions, or both. Defendants expressly reserve their rights to raise any such defenses in response to any operative or amended complaint that may be filed relating to this action.

3

STIPULATION AND ORDER TO SUBSTITUTE PARTY NAME, AMEND CAPTION, AND TO ENLARGE TIME FOR RESPONSIVE PROCEEDINGS PENDING MDL DETERMINATION
CASE NO. 4:23-CV-04875-HSG

| | | |
|---|---|---|
| 1 | Dated: October 18, 2023 | Respectfully submitted, |
| 2 | | /s/ Sarah N. Westcot |
| 3 | | Sarah N. Westcot (State Bar No. 264916)<br>BURSOR & FISHER, P.A. |
| 4 | | 701 Brickell Ave., Suite 1420<br>Miami, FL 33131-2800 |
| 5 | | Telephone: (305) 330-5512<br>Facsimile: (305) 676-9006 |
| 6 | | E-Mail: swestcot@bursor.com |
| 7 | | L. Timothy Fisher (State Bar No. 191626) |
| 8 | | BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940 |
| 9 | | Walnut Creek, CA 94596<br>Telephone: (925) 300-4455 |
| 10 | | Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com |
| 11 | | |
| 12 | | *Attorneys for Plaintiffs* |
| 13 | | |
| 14 | Dated: October 18, 2023 | Respectfully submitted, |
| 15 | /s/ Amy J. Laurendeau | /s/ Robyn E. Bladow |
| 16 | Amy J. Laurendeau (SBN 198321)<br>O'MELVENY & MYERS LLP | Robyn E. Bladow (SBN 205189)<br>KIRKLAND & ELLIS LLP |
| 17 | 610 Newport Center Drive, 17th Fl.<br>Newport Beach, CA 92660 | 555 S. Flower Street<br>Los Angeles, CA 90071 |
| 18 | Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994 | Tel:    (213) 680-8400<br>robyn.bladow@kirkland.com |
| 19 | alaurendeau@omm.com | *Attorneys for Defendant GlaxoSmithKline* |
| 20 | Hannah Y. Chanoine (SBN 4380622)<br>(*Pro Hac Forthcoming*) | *Consumer Healthcare Holdings (US), LLC* |
| 21 | O'MELVENY & MYERS LLP<br>Times Square Tower | /s/ Robert J. Herrington<br>**GREENBERG TRAURIG, LLP** |
| 22 | 7 Times Square<br>New York, NY 10036 | Robert J. Herrington (SBN CA 234417)<br>Robert.Herrington@gtlaw.com |
| 23 | Tel: (212) 326-2000<br>Facsimile: (212) 326-2061 | 1840 Century Park East, Suite 1900<br>Los Angeles, CA 90067-2121 |
| 24 | *Attorneys for Defendant Johnson & Johnson* | Tel.:   310.586.7700<br>Fax:    310.586.7800 |
| 25 | *Consumer Inc.* | *Counsel for CVS Pharmacy, Inc. and* |
| 26 | | *Target Corporation* |
| 27 | | |
| 28 | 4 | |

| | |
|---|---|
| /s/ Livia M. Kiser<br>Livia M. Kiser (SBN 285411)<br>Michael B. Shortnacy (SBN 277035)<br>Michael L. Resch (SBN 202909)<br>KING & SPALDING, LLP<br>633 W 5th St Suite 1600<br>Los Angeles, CA 90071<br>Tel: (213) 443-4355<br>Fax: (213) 443-4310<br>Email: lkiser@kslaw.com<br>Email: mshortnacy@kslaw.com<br>Email: mresch@kslaw.com<br><br>*Attorneys for Walmart Inc.* | /s/ Amanda L Groves<br>Amanda L Groves<br>**Winston & Strawn LLP**<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>(213) 615-1851<br>Email: agroves@winston.com<br><br>Jeff Wilkerson<br>**Winston & Strawn LLP**<br>300 S. Tryon Street, 16th Floor<br>Charlotte, NC 28202<br>(704) 350-7714<br>Email: jwilkerson@winston.com<br><br>*Attorneys for Albertsons Companies, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I, Sarah N. Westcot, attest that concurrence in the filing of this document has been obtained by the other signatory to this document.

By: /s/ Sarah N. Westcot

**IT IS SO ORDERED.**

Dated:  10/19/2023

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

5

STIPULATION AND ORDER TO SUBSTITUTE PARTY NAME, AMEND CAPTION, AND TO ENLARGE TIME FOR RESPONSIVE PROCEEDINGS PENDING MDL DETERMINATION
CASE NO. 4:23-CV-04875-HSG